**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Sun Property Consultants, Ltd. | |
| 2. | All other names debtor used in the last 8 years <br> include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 11-2677198 | |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **150 Hicksville Road** <br> **Bethpage, NY 11714** <br> Number, Street, City, State & ZIP Code | **127 Reeve Road** <br> **Attn: Dr. Rajesh Singh** <br> **Rockville Centre, NY 11570** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)  _____

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Sun Property Consultants, Ltd.**          Case number (*if known*) _____
        <u>Name</u>

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____ ____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor   **Sun Property Consultants, Ltd.**                                    Case number (*if known*) _____
           Name

---

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Sun Property Consultants, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____          Rajesh K. Singh
Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor          MM / DD / YYYY

Marc A. Pergament
Printed name

Weinberg, Gross & Pergament LLP
Firm name

400 Garden City Plaza
Suite 403
Garden City, NY 11530
Number, Street, City, State & ZIP Code

Contact phone  (516) 877-2424          Email address _____

_____
Bar number and State

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Sun Property Consultants, Ltd.**                                    Case No. _____

_____
Debtor(s)                                                                    Chapter   **11**   _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: _____                    _____

Rajesh K. Singh/
Signer/Title

Date: _____                    _____

Signature of Attorney
**Marc A. Pergament**
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 403**
**Garden City, NY 11530**
**(516) 877-2424   Fax: (516) 877-2460**

Rev. 9/17/98

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

ACM Bethpage IV-B LLC
c/o Atalaya Management LP
780 Third Avenue
27th Floor
New York, NY 10022


Airweld
94 Marine Street
Farmingdale, NY 11735


All Points Capital
275 Broadhollow Road
Melville, NY 11747


AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114


Axis Capital, Inc.
c/o Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019


Bethpage Water District
25 Adams Avenue
Bethpage, NY 11714-1340


Light Box
535 Hawkins Avenue
Ronkonkoma, NY 11779


NationalGrid
300 Erie Boulevard West
Syracuse, NY 13202-4250


NationalGrid
One Metro Tech Center
Accounts Processing KEDLI
Brooklyn, NY 11201-3948


Navitas - Lease Operations
111 Executive Center Drive
Suite 102
Columbia, SC 29210

NUCO2
P.O. Box 417902
Boston, MA 02241-7902


Optimum
6 Corporate Center Drive
Melville, NY 11747


PSEGLI
15 Park Drive
Melville, NY 11747


PSEGLI
15 Park Drive
Hicksville, NY 11802


Signature Bank
225 Broadhollow Raod
Melville, NY 11747


Slomin's
125 Lauman Lane
P.O. Box 1886
Hicksville, NY 11802-1886


StanCorp Mortgage Investors, LLC
19225 NW Tanasbourne Dr.
Hillsboro, OR 97124


Steven Cohn, Esq.
1 Old Country Road #420
Carle Place, NY 11514


T.P. Exterminators
1949 Henry Street
Bellmore, NY 11710


Telephonetics
P.O. Box 116766
Atlanta, GA 30368-6766


Town of Oyster Bay
74 Audrey Avenue
Oyster Bay, NY 11771

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:                                          Chapter 11

Sun Property Consultants Ltd.,                  Case No.

        Debtor.                         CORPORATE RESOLUTION

----------------------------------------------------------X

        The undersigned, the President of Sun Property Consultants, Ltd., a corporation existing under the laws of the State of New York does hereby certify that a duly called meeting of the directors of Sun Property Consultants Ltd., the following resolutions were adopted, and have not been modified or rescinded, and are still in full force and effect:

        "Resolved, that in the judgment of the shareholders and directors, it is desirable and in the best interest of the corporation, that Rajesh K. Singh, President of the Corporation, be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the corporation upon such date, and in the event, in his discretion, such action should be necessary for the protection of the corporation and preservation of its assets without further notice to the directors of Sun Property Consultants, Ltd., and it is further

        Resolved, that Rajesh K. Singh be and hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under Chapter 11, and in that connection, to retain and employ Weinberg, Gross & Pergament LLP and to retain and employ all other professionals which they may deem necessary or proper with a view towards a successful conclusion of such a reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 23rd day of May

2016.

Rajesh K. Singh, President

**Fill in this information to identify the case:**

Debtor name    **Sun Property Consultants, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____     x _____
                                     Signature of individual signing on behalf of debtor

                                     **Rajesh K. Singh**
                                     Printed name

                                     _____
                                     Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Sun Property Consultants, Ltd. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airweld 94 Marine Street Farmingdale, NY 11735 | | Beer Gas | Disputed | | | $98.74 |
| AmTrust North America 800 Superior Avenue E Cleveland, OH 44114 | | Insurance | Disputed | | | $5,898.00 |
| Axis Capital, Inc. c/o Vedder Price, P.C. 1633 Broadway, 47th Floor New York, NY 10019 | | | Disputed | | | $0.00 |
| Bethpage Water District 25 Adams Avenue Bethpage, NY 11714-1340 | | Services | Disputed | | | $4,844.95 |
| Light Box 535 Hawkins Avenue Ronkonkoma, NY 11779 | | Lighting Supplies | Disputed | | | $662.56 |
| NationalGrid 300 Erie Boulevard West Syracuse, NY 13202-4250 | | Services | | | | $344.83 |
| NationalGrid 300 Erie Boulevard West Syracuse, NY 13202-4250 | | Services | Disputed | | | $1,755.54 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Sun Property Consultants, Ltd.**                              Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Navitas - Lease Operations 111 Executive Center Drive Suite 102 Columbia, SC 29210 | | | Disputed | | | $47,236.80 |
| NUCO2 P.O. Box 417902 Boston, MA 02241-7902 | | Soda Gas | Disputed | | | $1,617.54 |
| Optimum 6 Corporate Center Drive Melville, NY 11747 | | Telephone Service | Disputed | | | $260.50 |
| PSEGLI 15 Park Drive Melville, NY 11747 | | Services | Disputed | | | $4,844.95 |
| PSEGLI 15 Park Drive Melville, NY 11747 | | Services | Disputed | | | $3,324.47 |
| PSEGLI 15 Park Drive Hicksville, NY 11802 | | Services | Disputed | | | $2,425.93 |
| Slomin's 125 Lauman Lane P.O. Box 1886 Hicksville, NY 11802-1886 | | Alarm Monitoring | Disputed | | | $269.23 |
| T.P. Exterminators 1949 Henry Street Bellmore, NY 11710 | | Services | Disputed | | | $363.89 |
| Telephonetics P.O. Box 116766 Atlanta, GA 30368-6766 | | Services | Disputed | | | $612.50 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sun Property Consultants, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1**   **ACM Bethpage IV-B LLC** <br> Creditor's Name <br><br> **c/o Atalaya Management LP** <br> **780 Third Avenue** <br> **27th Floor** <br> **New York, NY 10022** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> **150 Hicksville Road** <br> **Bethpage, NY 11714** | $1,800,000.00 | $10,500,000.00 |
| | Describe the lien <br> **Loan** <br> Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? <br> ■ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Date debt was incurred <br><br> Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **1. StanCorp Mortgage Investors, LLC** <br> **2. ACM Bethpage IV-B LLC** <br> **3. Signature Bank** <br> **4. All Points Capital** <br> **5. Town of Oyster Bay** | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | | |
| **2.2**   **All Points Capital** <br> Creditor's Name <br><br> **275 Broadhollow Road** <br> **Melville, NY 11747** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> **150 Hicksville Road** <br> **Bethpage, NY 11714** | $120,000.00 | $10,500,000.00 |
| | Describe the lien <br> **Loan** <br> Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? | | |

Debtor  **Sun Property Consultants, Ltd.** _____  Case number (if know) _____
   Name

| Date debt was incurred | ■ No |
|---|---|
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.3 | **Signature Bank** | Describe debtor's property that is subject to a lien | $135,768.20 | $10,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **150 Hicksville Road** | | |
| | | **Bethpage, NY 11714** | | |
| | **225 Broadhollow Raod** | | | |
| | **Melville, NY 11747** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Loan** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.4 | **StanCorp Mortgage Investors, LLC** | Describe debtor's property that is subject to a lien | $3,867,076.95 | $10,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **150 Hicksville Road** | | |
| | | **Bethpage, NY 11714** | | |
| | **19225 NW Tanasbourne Dr.** | | | |
| | **Hillsboro, OR 97124** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **First Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number **2610** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.5 | **Town of Oyster Bay** | Describe debtor's property that is subject to a lien | $115,935.57 | $10,500,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Sun Property Consultants, Ltd.**                     Case number (if know) _____
           Name

Creditor's Name                          **150 Hicksville Road**
                                         **Bethpage, NY 11714**
**74 Audrey Avenue**
**Oyster Bay, NY 11771**
Creditor's mailing address               Describe the lien
                                         **Second Half School and General Tax**
                                         Is the creditor an insider or related party?

                                         ■ No
Creditor's email address, if known       ☐ Yes
                                         Is anyone else liable on this claim?

Date debt was incurred                   ■ No
                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**W231**
Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
☐ No                                     ☐ Contingent
                                         ☐ Unliquidated
■ Yes. Specify each creditor,            ☐ Disputed
including this creditor and its relative
priority.
**Specified on line 2.1**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $6,038,780.72

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Steven Cohn, Esq.<br>1 Old Country Road #420<br>Carle Place, NY 11514 | Line 2.4 | |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Line 2.3 | 2014 |

---

**Fill in this information to identify the case:**

Debtor name    **Sun Property Consultants, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Airweld**<br>**94 Marine Street**<br>**Farmingdale, NY 11735** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _9129_ | Basis for the claim:  Beer Gas<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$98.74

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **AmTrust North America**<br>**800 Superior Avenue E**<br>**Cleveland, OH 44114** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _8983_ | Basis for the claim:  Insurance<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$5,898.00

| | | |
|---|---|---|
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Axis Capital, Inc.**<br>**c/o Vedder Price, P.C.**<br>**1633 Broadway, 47th Floor**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Unknown

| | | |
|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| | **Bethpage Water District**<br>**25 Adams Avenue**<br>**Bethpage, NY 11714-1340** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _1700_ | Basis for the claim:  Services<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$4,844.95

Debtor **Sun Property Consultants, Ltd.**          Case number (if known) _____
          Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $662.56 |
|---|---|---|---|

**Light Box**
535 Hawkins Avenue
Ronkonkoma, NY 11779

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lighting Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.83 |
|---|---|---|---|

**NationalGrid**
300 Erie Boulevard West
Syracuse, NY 13202-4250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number  **1015**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,755.54 |
|---|---|---|---|

**NationalGrid**
300 Erie Boulevard West
Syracuse, NY 13202-4250

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number  **5016,1011,7006**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,236.80 |
|---|---|---|---|

**Navitas - Lease Operations**
111 Executive Center Drive
Suite 102
Columbia, SC 29210

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1220**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,617.54 |
|---|---|---|---|

**NUCO2**
P.O. Box 417902
Boston, MA 02241-7902

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Soda Gas**

Last 4 digits of account number  **9776**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.50 |
|---|---|---|---|

**Optimum**
6 Corporate Center Drive
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Telephone Service**

Last 4 digits of account number  **0010,1020**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,844.95 |
|---|---|---|---|

**PSEGLI**
15 Park Drive
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number  **9907**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Sun Property Consultants, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,425.93 |
|---|---|---|---|

**PSEGLI**
**15 Park Drive**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **8961**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,324.47 |
|---|---|---|---|

**PSEGLI**
**15 Park Drive**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **9451,9891,8990**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.23 |
|---|---|---|---|

**Slomin's**
**125 Lauman Lane**
**P.O. Box 1886**
**Hicksville, NY 11802-1886**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Alarm Monitoring**

Last 4 digits of account number  **0606**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.89 |
|---|---|---|---|

**T.P. Exterminators**
**1949 Henry Street**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $612.50 |
|---|---|---|---|

**Telephonetics**
**P.O. Box 116766**
**Atlanta, GA 30368-6766**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **R001**

Is the claim subject to offset? ☑ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NationalGrid**<br>**One Metro Tech Center**<br>**Accounts Processing KEDLI**<br>**Brooklyn, NY 11201-3948** | Line  **3.6**<br><br>☐  Not listed. Explain _____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts | |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 74,560.43 |

Debtor    __Sun Property Consultants, Ltd._____    Case number (if known) _____
                                Name

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.                                    5c.    $_____74,560.43

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                              Chapter 11

Sun Property Consultants, Ltd.,                     Case No.

                    Debtor.                         Affirmation Under Local
                                                    Bankruptcy Rule 1007-4
---------------------------------------------------------X

Rajesh K. Singh, duly affirms under the penalties of perjury as follows:

1.      I am the President of Sun Property Consultants, Ltd., the above-named debtor

(hereinafter "Debtor"). I submit this affirmation in accordance with Local Bankruptcy Rule 1007-3

and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the

United States Code (the "Bankruptcy Code") filed herein.

2.      The principal office of the Debtor is located in this district at 127 Reeve Road,

Rockville Centre, New York.

3.      The Debtor's taxpayer identification number is 11-2677198.

4.      There is neither a case under the former Bankruptcy Act nor under the

Bankruptcy Code currently pending by or against the Debtor.

5.      No official or unofficial committee of creditors of the Debtor has been

organized as of this date.

6.      No property of the Debtor is in the possession or custody of any custodian,

public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

7.      The Debtor's principal books and records are located at 127 Reeve Road,

Rockville Centre, New York.

8.      A listing of the Debtor's twenty (20) largest unsecured creditors, excluding

insiders, is attached to the Debtor's petition.

9.    During the pendency of these proceedings, the Debtor intends to continue its operations and manage its rental property.

10.    The Debtor operates its business from 150 Hicksville Road, Bethpage, New York.

11.    It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small profit.

12.    No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13.    The Debtor does not have any assets located outside the territorial limits of the United States.

14.    It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.


Dated:  Garden City, New York
         May 23, 2016


_____
Rajesh K. Singh

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Sun Property Consultants, Ltd.                          **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____               *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                     (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____               *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                     (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____               *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

_____          _____
**Marc A. Pergament**                              Signature of Pro Se Debtor/Petitioner
Signature of Debtor's Attorney
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 403**                                      _____
**Garden City, NY 11530**                          Signature of Pro Se Joint Debtor/Petitioner
**(516) 877-2424 Fax:(516) 877-2460**

                                                   _____
                                                   Mailing Address of Debtor/Petitioner

                                                   _____
                                                   City, State, Zip Code

                                                   _____
                                                   Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.