Rev. 9/17/98

## United States Bankruptcy Court
### Eastern District of New York

In re  **Sun Property Consultants, Ltd.**　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter　　**11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Rajesh K. Singh/
　　　　　　　　　　　　　　　　　　　　　　　Signer/Title

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　　　　　　　　　　**Marc A. Pergament**
　　　　　　　　　　　　　　　　　　　　　　　**Weinberg, Gross & Pergament LLP**
　　　　　　　　　　　　　　　　　　　　　　　**400 Garden City Plaza**
　　　　　　　　　　　　　　　　　　　　　　　**Suite 403**
　　　　　　　　　　　　　　　　　　　　　　　**Garden City, NY 11530**
　　　　　　　　　　　　　　　　　　　　　　　**(516) 877-2424  Fax: (516) 877-2460**

ACM Bethpage IV-B LLC
c/o Atalaya Management LP
780 Third Avenue
27th Floor
New York, NY 10022


Airweld
94 Marine Street
Farmingdale, NY 11735


All Points Capital
275 Broadhollow Road
Melville, NY 11747


AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114


Axis Capital, Inc.
c/o Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019


Bethpage Water District
25 Adams Avenue
Bethpage, NY 11714-1340


Light Box
535 Hawkins Avenue
Ronkonkoma, NY 11779


NationalGrid
300 Erie Boulevard West
Syracuse, NY 13202-4250


NationalGrid
One Metro Tech Center
Accounts Processing KEDLI
Brooklyn, NY 11201-3948


Navitas - Lease Operations
111 Executive Center Drive
Suite 102
Columbia, SC 29210

```
NUCO2
P.O. Box 417902
Boston, MA 02241-7902


Optimum
6 Corporate Center Drive
Melville, NY 11747


PSEGLI
15 Park Drive
Melville, NY 11747


PSEGLI
15 Park Drive
Hicksville, NY 11802


Signature Bank
225 Broadhollow Raod
Melville, NY 11747


Slomin's
125 Lauman Lane
P.O. Box 1886
Hicksville, NY 11802-1886


StanCorp Mortgage Investors, LLC
19225 NW Tanasbourne Dr.
Hillsboro, OR 97124


Steven Cohn, Esq.
1 Old Country Road #420
Carle Place, NY 11514


T.P. Exterminators
1949 Henry Street
Bellmore, NY 11710


Telephonetics
P.O. Box 116766
Atlanta, GA 30368-6766


Town of Oyster Bay
74 Audrey Avenue
Oyster Bay, NY 11771
```

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019