# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
## CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sun Property Consultants, Inc | § | Case No. 16-72267 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

YANN GERON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 4,868,696.06 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 1,105,079.58 | |

3) Total gross receipts of $5,973,775.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,973,775.64 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,903,012.52 | $5,624,151.36 | $4,868,696.06 | $4,868,696.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,143,107.43 | 1,143,107.43 | 1,105,079.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 1,224,244.76 | 1,224,244.76 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,425.93 | 50.00 | 50.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 207,902.70 | 3,255,370.56 | 3,255,120.85 | 0.00 |
| **TOTAL DISBURSEMENTS** | $6,113,341.15 | $11,246,924.11 | $10,491,219.10 | $5,973,775.64 |

4)  This case was originally filed under chapter 11 on 05/23/2016, and it was converted to chapter 7 on 10/03/2018.  The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2021                    By:/s/YANN GERON, TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 150 Hicksville Road, Bethpage, New York 11714 | 1110-000 | 5,225,000.00 |
| Rents | 1122-000 | 109,337.52 |
| Tax Refunds re Tax Certiorari Proceedings | 1224-000 | 124,091.16 |
| Forfeited Bid Deposit per Stipulation So Ordered on 2/21/19 [DE 383] | 1249-000 | 435,000.00 |
| Turnover of Chapter 11 Funds | 1290-000 | 80,346.96 |
| TOTAL GROSS RECEIPTS | | $5,973,775.64 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACM Bethpage IV-B LLC | | 1,800,000.00 | NA | NA | 0.00 |
| | All Points Capital | | 120,000.00 | NA | NA | 0.00 |
| | StanCorp Mortgage Investors, LLC | | 3,867,076.95 | NA | NA | 0.00 |
| | Town of Oyster Bay | | 115,935.57 | NA | NA | 0.00 |
| 5 | McCormick 103, LLC | 4110-000 | NA | 5,160,740.08 | 4,405,284.78 | 4,405,284.78 |
| | Rajeswary Singh | 4110-000 | NA | 81,868.65 | 81,868.65 | 81,868.65 |
| | McCormick 103 LLC | 4220-000 | NA | 381,542.63 | 381,542.63 | 381,542.63 |
| TOTAL SECURED CLAIMS | | | $5,903,012.52 | $5,624,151.36 | $4,868,696.06 | $4,868,696.06 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| YANN GERON | 2100-000 | NA | 202,463.27 | 202,463.27 | 192,509.34 |
| YANN GERON | 2200-000 | NA | 191.16 | 191.16 | 181.76 |
| Arthur B. Levine Company | 2300-000 | NA | 6,548.00 | 6,548.00 | 6,548.00 |
| Rockwell Group Ltd | 2420-000 | NA | 5,897.91 | 5,897.91 | 5,897.91 |
| Rockwell Group, Ltd. | 2420-000 | NA | 7,361.47 | 7,361.47 | 7,361.47 |
| February Rent | 2500-000 | NA | 2,332.77 | 2,332.77 | 2,332.77 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GlobalServe Title Agency | 2500-000 | NA | 20,900.00 | 20,900.00 | 20,900.00 |
| Insurance Premium | 2500-000 | NA | -2,457.46 | -2,457.46 | -2,457.46 |
| Town of Oyster Bay- General Tax | 2500-000 | NA | 10,089.15 | 10,089.15 | 10,089.15 |
| Town of Oyster Bay- School Tax | 2500-000 | NA | 10,876.07 | 10,876.07 | 10,876.07 |
| EmpireNationalBank | 2600-000 | NA | 13.65 | 13.65 | 13.65 |
| A-All Plumbing Heating & A/C, Inc. | 2690-000 | NA | 3,303.87 | 3,303.87 | 3,303.87 |
| Bethpage Water District | 2690-000 | NA | 428.60 | 428.60 | 428.60 |
| Big W Service, Inc. | 2690-000 | NA | 720.00 | 720.00 | 720.00 |
| Bisael Landscaping | 2690-000 | NA | 250.00 | 250.00 | 250.00 |
| Integrity Masonry & Concrete Associates, Inc. | 2690-000 | NA | 2,715.63 | 2,715.63 | 2,715.63 |
| Jamaica Ash & Rubbish Removal Co. Inc. | 2690-000 | NA | 2,520.12 | 2,520.12 | 2,520.12 |
| Michael Mirabella | 2690-000 | NA | 450.00 | 450.00 | 450.00 |
| National Grid | 2690-000 | NA | 8,841.21 | 8,841.21 | 8,841.21 |
| PSEGLI | 2690-000 | NA | 10,716.12 | 10,716.12 | 10,716.12 |
| United Security & Fire Alarm, Inc. | 2690-000 | NA | 195.52 | 195.52 | 195.52 |
| Verizon | 2690-000 | NA | 120.29 | 120.29 | 120.29 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACH NYS DTF CT - Tax Payment | 2820-000 | NA | 50.00 | 50.00 | 50.00 |
| AC-NYS DTF CT - Tax Payment | 2820-000 | NA | 175.00 | 175.00 | 175.00 |
| James J. Stefanich, Receiver of Taxes | 2820-000 | NA | 53,214.53 | 53,214.53 | 53,214.53 |
| U.S. TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 309.02 |
| Bethpage Water District | 2990-000 | NA | 855.00 | 855.00 | 855.00 |
| Big W Service, Inc. | 2990-000 | NA | 1,086.25 | 1,086.25 | 1,086.25 |
| Jamaica Ash & Rubbish Removal Co. Inc. | 2990-000 | NA | 630.03 | 630.03 | 630.03 |
| National Grid | 2990-000 | NA | 1,646.30 | 1,646.30 | 1,646.30 |
| PSEGLI | 2990-000 | NA | 2,876.34 | 2,876.34 | 2,876.34 |
| Verizon | 2990-000 | NA | 23.76 | 23.76 | 23.76 |
| Reitler Kailas & Rosenblatt LLC | 3110-000 | NA | 502,661.50 | 502,661.50 | 477,948.59 |
| Reitler Kailas & Rosenblatt LLC | 3120-000 | NA | 2,044.70 | 2,044.70 | 1,944.17 |
| Cronin & Cronin Law Firm PLLC | 3210-000 | NA | 43,522.07 | 43,522.07 | 41,382.35 |
| Cronin & Cronin Law Firm PLLC | 3220-000 | NA | 951.25 | 951.25 | 904.48 |
| Klinger & Klinger LLP | 3410-000 | NA | 21,022.50 | 21,022.50 | 19,988.96 |
| Klinger & Klinger LLP | 3420-000 | NA | 306.55 | 306.55 | 291.48 |
| Maltz Auctions, Inc. | 3610-000 | NA | 209,000.00 | 209,000.00 | 209,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Scott Nunnally | 3991-000 | NA | 7,214.29 | 7,214.29 | 7,214.29 |
| Scott Nunnally | 3992-000 | NA | 1,025.01 | 1,025.01 | 1,025.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $1,143,107.43 | $1,143,107.43 | $1,105,079.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation: YANN GERON | 6101-000 | NA | 15,490.93 | 15,490.93 | 0.00 |
| Prior Chapter Trustee Expenses: YANN GERON | 6102-000 | NA | 304.47 | 304.47 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): REITLER KAILAS & ROSENBLATT LLC | 6110-000 | NA | 526,859.00 | 526,859.00 | 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): REITLER KAILAS & ROSENBLATT LLC | 6120-000 | NA | 6,587.24 | 6,587.24 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): WHITE, CIRRITO & NALLY, LLP | 6210-000 | NA | 11,362.30 | 11,362.30 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): KLINGER & KLINGER LLP | 6410-000 | NA | 66,612.50 | 66,612.50 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm): KLINGER & KLINGER LLP | 6420-000 | NA | 426.11 | 426.11 | 0.00 |
| Other Prior Chapter Professional Fees: Marc A. Pergament | 6700-000 | NA | 395,618.88 | 395,618.88 | 0.00 |
| Other Prior Chapter Administrative Expenses: ATALAYA ASSET INCOME FUND II, LP | 6990-000 | NA | 200,983.33 | 200,983.33 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $1,224,244.76 | $1,224,244.76 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | New York State Department of Taxation & Finance | 5800-000 | NA | 50.00 | 50.00 | 0.00 |
| 15 | PSEGLI | 5800-000 | 2,425.93 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,425.93 | $50.00 | $50.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Am Trust North America | | 5,898.00 | NA | NA | 0.00 |
| | Axis Capital, Inc | | 0.00 | NA | NA | 0.00 |
| | Bethpage Water District | | 4,844.95 | NA | NA | 0.00 |
| | Light Box | | 662.56 | NA | NA | 0.00 |
| | Navitas - Lease Operations | | 47,236.80 | NA | NA | 0.00 |
| | NUCO2 | | 1,617.54 | NA | NA | 0.00 |
| | Optimum | | 260.50 | NA | NA | 0.00 |
| | PSEGLI | | 3,324.47 | NA | NA | 0.00 |
| | Slomin's | | 269.23 | NA | NA | 0.00 |
| | T.P. Exterminators | | 363.89 | NA | NA | 0.00 |
| | Telephonetics | | 612.50 | NA | NA | 0.00 |
| 3 | Airweld | 7100-000 | 98.74 | 13,061.75 | 13,061.75 | 0.00 |
| 4 | ATALAYA ASSET INCOME FUND II LP | 7100-000 | NA | 2,174,140.00 | 2,174,140.00 | 0.00 |
| 8 | FORCHELLI, CURTO, DEEGAN, | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 5 | McCormick 103, LLC | 7100-000 | NA | 755,455.30 | 755,455.30 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | National Grid | 7100-000 | 344.83 | 249.71 | 249.71 | 0.00 |
| 16 | NATIONAL GRID | 7100-000 | 1,755.54 | 249.71 | 0.00 | 0.00 |
| 2 | PSEGLI | 7100-000 | 4,844.95 | 0.00 | 0.00 | 0.00 |
| 6 | SIGNATURE FINANCIAL LLC | 7100-000 | 135,768.20 | 287,214.09 | 287,214.09 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $207,902.70 | $3,255,370.56 | $3,255,120.85 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 16-72267 | LAS | Judge: | LOUIS A. SCARCELLA | Trustee Name: | YANN GERON, TRUSTEE |

Case No: 16-72267 LAS Judge: LOUIS A. SCARCELLA  Trustee Name: YANN GERON, TRUSTEE

Case Name: Sun Property Consultants, Inc   Date Filed (f) or Converted (c): 10/03/2018 (c)

341(a) Meeting Date:

For Period Ending: 09/24/2021   Claims Bar Date: 08/28/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 2. Rents | Unknown | 109,337.52 | | 109,337.52 | FA |
| 4. 150 Hicksville Road, Bethpage, New York 11714 | 10,500,000.00 | 5,225,000.00 | | 5,225,000.00 | FA |
| 5. Tax Refunds re Tax Certiorari Proceedings (u) | 0.00 | 124,091.16 | | 124,091.16 | FA |
| 6. Turnover of Chapter 11 Funds (u) | 0.00 | 80,346.96 | | 80,346.96 | FA |
| 7. Forfeited Bid Deposit per Stipulation So Ordered on 2/21/19<br>[DE 383] (u) | 0.00 | 435,000.00 | | 435,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $10,500,000.00   $5,973,775.64   $5,973,775.64   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

 Waiting for Chambers to approve final fee order.

Initial Projected Date of Final Report (TFR):          Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Trustee Name: YANN GERON, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0200

Chapter 7

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/19 | | Transfer from Acct # xxxxxx1010 | Transfer of Funds | 9999-000 | $764,290.43 | | $764,290.43 |
| 11/18/19 | 2001 | YANN GERON | Distribution | | | $120,988.98 | $643,301.45 |
| | | YANN GERON | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($120,850.13) | 2100-000 | | |
| | | YANN GERON | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($138.85) | 2200-000 | | |
| 11/18/19 | 2002 | OFFICE OF THE U.S. TRUSTEE P.O. BOX 530202 ATLANTA, GA 30353 | Final distribution to claim 10 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $236.07 | $643,065.38 |
| 11/18/19 | 2003 | Reitler Kailas & Rosenblatt LLC 885 Third Avenue, 20th Floor New York, NY 10022 | Distribution | | | $325,079.83 | $317,985.55 |
| | | Reitler Kailas & Rosenblatt LLC | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($323,675.69) | 3110-000 | | |
| | | Reitler Kailas & Rosenblatt LLC | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($1,404.14) | 3120-000 | | |
| 11/18/19 | 2004 | Cronin & Cronin Law Firm PLLC 200 Old Country Road #470 Mineola, NY 11501 | Distribution | | | $32,303.96 | $285,681.59 |
| | | Cronin & Cronin Law Firm PLLC | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($31,613.00) | 3210-000 | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $764,290.43   $478,608.84

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267                                                    Trustee Name: YANN GERON, TRUSTEE                Exhibit 9
Case Name: Sun Property Consultants, Inc                              Bank Name: Axos Bank
                                                                     Account Number/CD#: XXXXXX0200
                                                                     Chapter 7

Taxpayer ID No: XX-XXX7198                                            Blanket Bond (per case limit):
For Period Ending: 09/24/2021                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Cronin & Cronin Law Firm PLLC | Final distribution creditor ($690.96) account # representing a payment of 100.00 % per court order. | 3220-000 | | | |
| 11/18/19 | 2005 | Klinger & Klinger LLP 633 3rd Avenue Suite 27B New York, New York  10017 | Distribution | | | $12,022.51 | $273,659.08 |
| | | Klinger & Klinger LLP | Final distribution creditor ($11,799.84) account # representing a payment of 100.00 % per court order. | 3410-000 | | | |
| | | Klinger & Klinger LLP | Final distribution creditor ($222.67) account # representing a payment of 100.00 % per court order. | 3420-000 | | | |
| 12/18/19 | | Transfer from Acct # xxxxxx0218 | Transfer of Funds - Release of Forfeited Deposit | 9999-000 | $435,000.00 | | $708,659.08 |
| 12/18/19 | | McCormick 103 LLC | Settlement Payment on Forfeited Deposit of Failed Purchaser Paid settled lien by McCormick on forfeited deposit pursuant to stipulation and court order. Approval order expressly authorized this payment to be made by wire. | 4220-000 | | $381,542.63 | $327,116.45 |
| 03/06/20 | 2006 | Rajeswary Singh | Payment regarding DIP Lender Claim pursuant to stipulation and order dated 2/26/20 [DE 436] | 4110-000 | | $81,868.65 | $245,247.80 |
| 03/17/20 | | Transfer to Acct # xxxxxx0226 | Transfer of Funds - Tax Filing Fee | 9999-000 | | $50.00 | $245,197.80 |
| 03/22/21 | 2007 | Arthur B. Levine Company 370 Lexington Avenue, Suite 1101 New York, NY 10017 Attn: Maria Sponza, VP | Annual Bond Renewal, payment of premium for period 10/3/20 - 4/3/21, Bond No. 10BSBHN2951 | 2300-000 | | $369.00 | $244,828.80 |
| 05/04/21 | 2008 | YANN GERON | Distribution | | | $71,702.12 | $173,126.68 |

Page Subtotals:                                                       $435,000.00        $547,554.91

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-72267
Case Name: Sun Property Consultants, Inc

Trustee Name: YANN GERON, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0200
Chapter 7

Taxpayer ID No: XX-XXX7198
For Period Ending: 09/24/2021

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | YANN GERON | Final distribution creditor account # representing a payment of 35.39 % per court order. | ($71,659.21) | 2100-000 | | | |
| | | YANN GERON | Final distribution creditor account # representing a payment of 22.45 % per court order. | ($42.91) | 2200-000 | | | |
| 05/04/21 | 2009 | U.S. TRUSTEE U.S. Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228 | Final distribution to claim 10 creditor account # representing a payment of 22.45 % per court order. | 2950-000 | | $72.95 | $173,053.73 |
| 05/04/21 | 2010 | Reitler Kailas & Rosenblatt LLC 885 Third Avenue, 20th Floor New York, NY 10022 | Distribution | | | $154,812.93 | $18,240.80 |
| | | Reitler Kailas & Rosenblatt LLC | Final distribution creditor account # representing a payment of 30.69 % per court order. | ($154,272.90) | 3110-000 | | | |
| | | Reitler Kailas & Rosenblatt LLC | Final distribution creditor account # representing a payment of 26.41 % per court order. | ($540.03) | 3120-000 | | | |
| 05/04/21 | 2011 | Cronin & Cronin Law Firm PLLC 200 Old Country Road #470 Mineola, NY 11501 | Distribution | | | $9,982.87 | $8,257.93 |
| | | Cronin & Cronin Law Firm PLLC | Final distribution creditor account # representing a payment of 22.45 % per court order. | ($9,769.35) | 3210-000 | | | |
| | | Cronin & Cronin Law Firm PLLC | Final distribution creditor account # representing a payment of 22.45 % per court order. | ($213.52) | 3220-000 | | | |
| 05/04/21 | 2012 | Klinger & Klinger LLP 633 3rd Avenue Suite 27B New York, New York  10017 | Distribution | | | $8,257.93 | $0.00 |

Page Subtotals:                        $0.00        $173,126.68

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Trustee Name: YANN GERON, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0200

Chapter 7

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Klinger & Klinger LLP | Final distribution creditor account # representing a payment of 38.95 % per court order. ($8,189.12) | 3410-000 | | | |
| | | Klinger & Klinger LLP | Final distribution creditor account # representing a payment of 22.45 % per court order. ($68.81) | 3420-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,199,290.43 | $1,199,290.43 |
| Less: Bank Transfers/CD's | $1,199,290.43 | $50.00 |
| Subtotal | $0.00 | $1,199,240.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,199,240.43 |

Page Subtotals:                                    $0.00                    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Trustee Name: YANN GERON, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0218

Bid Deposits

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/19 | | Transfer from Acct # xxxxxx1039 | Transfer of Funds | 9999-000 | $435,000.00 | | $435,000.00 |
| 12/18/19 | | Transfer to Acct # xxxxxx0200 | Transfer of Funds - Release of Forfeited Deposit | 9999-000 | | $435,000.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $435,000.00 | $435,000.00 |
| Less: Bank Transfers/CD's | $435,000.00 | $435,000.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Page Subtotals: $435,000.00 $435,000.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267
Case Name: Sun Property Consultants, Inc

Trustee Name: YANN GERON, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0226
Tax Account

Exhibit 9

Taxpayer ID No: XX-XXX7198
For Period Ending: 09/24/2021

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/17/20 | | Transfer from Acct # xxxxxx0200 | Transfer of Funds - Tax Filing Fee | 9999-000 | $50.00 | | $50.00 |
| 03/17/20 | | ACH NYS DTF CT - Tax Payment | New York State Form IT-204 and IT-204-LL for Tax Year 2019 | 2820-000 | | $50.00 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $50.00 | $50.00 |
| Less: Bank Transfers/CD's | $50.00 | $0.00 |
| Subtotal | $0.00 | $50.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $50.00 |

Page Subtotals:                      $50.00          $50.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Trustee Name: YANN GERON, TRUSTEE

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX1010

Chapter 7

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/18 | 6 | Transfer from Acct # xxxxxx0889 | Transfer of Funds to Chapter 7 account following conversion | 1290-000 | $80,346.96 | | $80,346.96 |
| 10/26/18 | 2 | Brothers 3 | Rent Payment | 1122-000 | $8,541.66 | | $88,888.62 |
| 10/26/18 | 2 | Brothers 3 | Rent Payment | 1122-000 | $100.00 | | $88,988.62 |
| 10/26/18 | 2 | W.B. Restaurant 4019 Hempstead Turnpike Bethpage, NY 11714 | Rent Payment | 1122-000 | $5,900.00 | | $94,888.62 |
| 11/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $13.65 | $94,874.97 |
| 11/01/18 | 1001 | Rockwell Group, Ltd. 640 Fulton Street, Suite 4 Farmingdale, NY 11735 | 2-month Policy Extension, Invoice No. ROCK7876, dated 10/19/18 | 2420-000 | | $7,361.47 | $87,513.50 |
| 11/05/18 | 2 | Watawa Japanese Cuisine Inc. | Rent payment | 1122-000 | $6,753.50 | | $94,267.00 |
| 11/05/18 | 2 | Watawa Japanese Cuisine Inc. | Rent Payment CAM charges | 1122-000 | $100.00 | | $94,367.00 |
| 11/08/18 | 1002 | James J. Stefanich, Receiver of Taxes Town of Oyster Bay - County of Nassau 74 Audrey Avenue Oyster Bay, NY 11771-1539 | School Tax Levy, Town of Oyster Bay, First Half of 2018-2019 for Property Description 18-46-W-231 | 2820-000 | | $53,204.53 | $41,162.47 |
| 11/08/18 | 1003 | National Grid PO Box 11791 Newark, NJ 07101-4791 | Payment of invoices due 10-27-18, re account nos. 40032-15043, 52494-07015, and installment payment re account no. 02782-21024 | 2690-000 | | $1,746.49 | $39,415.98 |
| 11/08/18 | 1004 | PSEGLI PO Box 9083 Melville, NY 11747 ATTN: Ms. Geralyn Clinch | Payment of invoices due 10-28-18, re acct. nos. 4785118962, 4785118990, 4785118981, 4785119956, 4785119908, and 4785119451, and installment payment re account no. 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-1 | 2690-000 | | $4,483.77 | $34,932.21 |
| 11/13/18 | 1005 | United Security & Fire Alarm, Inc. 100 Smith Street Farmingdale, NY 11735 | Payment of October and November 2018 monthly charges | 2690-000 | | $97.76 | $34,834.45 |

Page Subtotals: $101,742.12    $66,907.67

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Trustee Name: YANN GERON, TRUSTEE

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX1010

Chapter 7

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/18 | 1006 | Jamaica Ash & Rubbish Removal Co. Inc. PO Box 833 Westbury, NY 11590 | Payment of Invoice No. 89X00791 and partial payment of past due balance re Acct No. 413587 | 2690-000 | | $1,260.06 | $33,574.39 |
| 11/13/18 | 1007 | Bisael Landscaping PO Box 725 Bethpage, NY 11714 Attn: Bisael Nolasco | Payment of Invoice Dated 9/24/18 | 2690-000 | | $250.00 | $33,324.39 |
| 11/13/18 | 1008 | Integrity Masonry & Concrete Associates, Inc. 141 Herrick Road Garden City Park, NY 11040 | 1/3 initial payment re blacktop repair re estimate no. 3905 | 2690-000 | | $905.21 | $32,419.18 |
| 11/14/18 | 1009 | Arthur B. Levine Company 370 Lexington Avenue, Suite 1101 New York, NY 10017 Attn: Maria Sponza, VP | Bond Renewal Premium for period 11/14/18 - 11/14/19 re Bond No. 10BSBHN2951 Separate bond as required by Christine Black (UST) per email dated 11/13/18 | 2300-000 | | $1,125.00 | $31,294.18 |
| 11/15/18 | 2 | Crystal Nail Spa USA Inc. 162 Hicksville Road Bethpage, NY 11714 | Rent payment | 1122-000 | $3,100.00 | | $34,394.18 |
| 11/27/18 | 2 | Northwell Health Accts Payable PO Box 3856 New Hyde Park, NY 11040 | Rent payment | 1122-000 | $2,551.58 | | $36,945.76 |
| 11/27/18 | 2 | W.B. Restaurant 4019 Hempstead Turnpike Bethpage, NY 11714 | Rent payment | 1122-000 | $5,900.00 | | $42,845.76 |
| 11/30/18 | 2 | Brothers 3 | Rent payment | 1122-000 | $8,541.66 | | $51,387.42 |
| 11/30/18 | 2 | Brothers 3 | Rent Payment Rubbish charges under lease | 1122-000 | $100.00 | | $51,487.42 |
| 11/30/18 | 1010 | James J. Stefanich, Receiver of Taxes Town of Oyster Bay - County of Nassau 74 Audrey Avenue Oyster Bay, NY 11771-1539 | Mandatory Duplicate Bill Fee | 2820-000 | | $10.00 | $51,477.42 |
| 11/30/18 | 1011 | Scott Nunnally 136 Central Avenue, 1st Floor Clark, NJ 07066 | Management Fees for 7/2018-10/2018, and reimbursement of expenses | | | $4,278.19 | $47,199.23 |
| | | | Page Subtotals: | | $20,193.24 | $7,828.46 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Trustee Name: YANN GERON, TRUSTEE

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX1010

Chapter 7

Exhibit 9

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Scott Nunnally | Management Fees for 7/2018-10/2018 | ($4,000.00) | 3991-000 | | | |
| | | Scott Nunnally | Reimbursement of out-of-pocket expenses | ($278.19) | 3992-000 | | | |
| 12/12/18 | 2 | Watawa Japanese Cuisine Inc. 16501 72nd Ave Fresh Meadows, NY 11365-4233 | Rent payment | 1122-000 | $6,753.50 | | $53,952.73 |
| 12/12/18 | 2 | Watawa Japanese Cusine Inc. 16501 72nd Ave Fresh Meadows, NY 11365-4233 | Rent Payment CAM payment | 1122-000 | $100.00 | | $54,052.73 |
| 12/12/18 | 1012 | PSEGLI PO Box 9083 Melville, NY 11747 Attn: Ms. Geralyn Clinch | Payment of invoices due 11-28-18, re acct. nos. 4785118962, 4785118990, 4785118981, 4785119956, 4785119908, and 4785119451 | 2690-000 | | $2,023.18 | $52,029.55 |
| 12/12/18 | 1013 | United Security & Fire Alarm, Inc. 100 Smith Street Farmingdale, NY 11735 | Payment of December 2018 monthly charge | 2690-000 | | $48.88 | $51,980.67 |
| 12/12/18 | 1014 | Jamaica Ash & Rubbish Removal Co. Inc. PO Box 833 Westbury, NY 11590 | Payment of Invoice No. 8AX48302 | 2690-000 | | $630.03 | $51,350.64 |
| 12/12/18 | 1015 | Integrity Masonry & Concrete Associates, Inc. 141 Herrick Road Garden City Park, NY 11040 | 2/3 balance re blacktop repair re estimate no. 3905 | 2690-000 | | $1,810.42 | $49,540.22 |
| 12/12/18 | 1016 | Scott Nunnally 16-1 Lake Street Jamesburg, NJ 08831-1699 | Management Fees for 11/2018, and reimbursement of expenses | | | $1,120.29 | $48,419.93 |
| | | Scott Nunnally | Management Fees for 11/2018 | ($1,000.00) | 3991-000 | | | |
| | | Scott Nunnally | Reimbursement of out-of-pocket expenses | ($120.29) | 3992-000 | | | |
| 12/12/18 | 1017 | Big W Service, Inc. P.O. Box 700 Holbrook, NY 11741 | Payment of invoice no. 856 dated 11/16/18 | 2690-000 | | $720.00 | $47,699.93 |
| 12/12/18 | 1018 | Bethpage Water District 25 Adams Avenue Bethpage, NY 11714-1340 | Payment re account nos. 03-2614-00, 03-2617-00, 03-2618-00, and 03-2619-00 | 2690-000 | | $428.60 | $47,271.33 |

Page Subtotals: $6,853.50  $6,781.40

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Trustee Name: YANN GERON, TRUSTEE

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX1010

Chapter 7

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/18 | 2 | Crystal Nail Spa USA Inc.<br>162 Hicksville Road<br>Bethpage, NY 11714 | Rent Payment<br>December Rent | 1122-000 | $3,100.00 | | $50,371.33 |
| 12/20/18 | 2 | Eugenio Tassy MD<br>160 Hicksville Rd<br>Bethpage, NY 11714 | Rent Payment<br>November 2018 rent | 1122-000 | $2,200.00 | | $52,571.33 |
| 12/20/18 | 2 | Eugenio Tassy MD<br>160 Hicksville Rd<br>Bethpage, NY 11714 | Rent Payment<br>October 2018 rent | 1122-000 | $2,200.00 | | $54,771.33 |
| 12/27/18 | 2 | Northwell Health<br>Accts Payable<br>PO Box 3856<br>New Hyde Park, NY 11040 | Rent Payment | 1122-000 | $2,551.58 | | $57,322.91 |
| 12/27/18 | 2 | Brothers 3 | Rent Payment | 1122-000 | $8,541.66 | | $65,864.57 |
| 12/27/18 | 2 | W.B. Restaurant<br>4019 Hempstead Turnpike<br>Bethpage, NY 11714 | Rent Payment | 1122-000 | $5,900.00 | | $71,764.57 |
| 12/27/18 | 2 | Brothers 3 | Rent Payment<br>CAM Charges | 1122-000 | $100.00 | | $71,864.57 |
| 01/07/19 | | Rockwell Group Ltd<br>640 Fulton Street, Suite 4<br>Farmingdale, NY 11735 | Premium Payment for<br>Extended Policy 1/3/19-3/3/19 | 2420-000 | | $5,897.91 | $65,966.66 |
| 01/08/19 | 2 | Watawa Japanese Cuisine Inc.<br>16501 72nd Ave<br>Fresh Meadows, NY 11365-4233 | Rent Payment | 1122-000 | $6,753.50 | | $72,720.16 |
| 01/08/19 | 2 | Watawa Japanese Cuisine Inc.<br>16501 72nd Ave<br>Fresh Meadows, NY 11365-4233 | Rent Payment<br>CAM charges | 1122-000 | $100.00 | | $72,820.16 |
| 01/08/19 | 2 | Crystal Nails Spa USA Inc<br>162 Hicksville Road<br>Bethpage, NY 11714 | Rent Payment | 1122-000 | $3,100.00 | | $75,920.16 |
| 01/16/19 | 1019 | National Grid<br>PO Box 11791<br>Newark, NJ 07101-4791 | Payment of invoices due<br>through 12/31/18, re account<br>nos. 02782-21033, 40032-<br>15052, 52494-07024, and<br>64958-41039 | 2690-000 | | $7,928.48 | $67,991.68 |

Page Subtotals:    $34,546.74    $13,826.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  16-72267

Case Name:  Sun Property Consultants, Inc

Taxpayer ID No:  XX-XXX7198

For Period Ending:  09/24/2021

Trustee Name:  YANN GERON, TRUSTEE

Bank Name:  EmpireNationalBank

Account Number/CD#:  XXXXXX1010

Chapter 7

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/16/19 | 1020 | PSEGLI<br>PO Box 9083<br>Melville, NY 11747<br>Attn: Ms. Geralyn Clinch | Payment of invoices through 1/4/19, re acct. nos. 4785118962, 4785118990, 4785118981, 4785119956, 4785119908, and 4785119451 | 2690-000 | | $4,209.17 | $63,782.51 |
| 01/16/19 | 1021 | Jamaica Ash & Rubbish Removal Co. Inc.<br>PO Box 833<br>Westbury, NY 11590 | Payment of December 2018 monthly charge | 2690-000 | | $630.03 | $63,152.48 |
| 01/16/19 | 1022 | Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | Payment re account no. 5167310452-463277, statement date 1/1/19 | 2690-000 | | $120.29 | $63,032.19 |
| 01/16/19 | 1023 | United Security & Fire Alarm, Inc.<br>100 Smith Street<br>Farmingdale, NY 11735 | Payment of January 2019 monthly charge | 2690-000 | | $48.88 | $62,983.31 |
| 01/16/19 | 1024 | Scott Nunnally<br>16-1 Lake Street<br>Jamesburg, NJ 08831-1699 | Management Fee for 12/2018, and reimbursement of expenses | | | $1,626.53 | $61,356.78 |
| | | Scott Nunnally | Management Fees for 12/2018        ($1,000.00) | 3991-000 | | | |
| | | Scott Nunnally | Reimbursement of out-of-pocket expenses        ($626.53) | 3992-000 | | | |
| 01/23/19 | 1025 | A-All Plumbing Heating & A/C, Inc.<br>104 Union Avenue<br>Lynbrook, NY 11563 | Payment of invoice no. 1157, dated 1/21/19, re heating repairs | 2690-000 | | $1,819.19 | $59,537.59 |
| 01/24/19 | 2 | W.B. Restaurant Inc.<br>4019 Hempstead Turnpike<br>Bethpage, NY 11714 | Rent Payment | 1122-000 | $5,900.00 | | $65,437.59 |
| 01/24/19 | 2 | Northwell Health<br>Accts Payable PO Box 3856<br>New Hyde Park, NY 11040 | Rent payment | 1122-000 | $2,551.58 | | $67,989.17 |
| 01/28/19 | 1026 | Michael Mirabella<br>5 Concrod Avenue<br>Bethpage, NY 11714 | Backflow Test, invoice no. 5261, dated 1/25/19 | 2690-000 | | $450.00 | $67,539.17 |
| 02/04/19 | 2 | Brothers 3 | Rent payment | 1122-000 | $8,541.66 | | $76,080.83 |
| 02/04/19 | 2 | Brothers 3 | Rent Payment<br>CAM on lease | 1122-000 | $100.00 | | $76,180.83 |

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

Page Subtotals:                    $17,093.24        $8,904.09

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267
Case Name: Sun Property Consultants, Inc

Trustee Name: YANN GERON, TRUSTEE
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX1010
Chapter 7

Exhibit 9

Taxpayer ID No: XX-XXX7198
For Period Ending: 09/24/2021

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/19 | 2 | Watawa Japanese Cuisine Inc. 16501 72nd Ave Fresh Meadows, NY 11365-4233 | Rent payment | 1122-000 | $6,955.64 | | $83,136.47 |
| 02/04/19 | 2 | Watawa Japanese Cuisine Inc. 16501 72nd Ave Fresh Meadows, NY 11365-4233 | Rent Payment CAM on lease | 1122-000 | $100.00 | | $83,236.47 |
| 02/04/19 | 2 | Eugenio Tassy MD PC 160 Hicksville Rd Bethpage, NY 11714 | Rent Payment Rent | 1122-000 | $2,200.00 | | $85,436.47 |
| 02/04/19 | 1027 | A-All Plumbing Heating & A/C, Inc. 104 Union Avenue Lynbrook, NY 11563 | Payment of invoice no. 1165, dated 1/26/19, re heating repairs | 2690-000 | | $1,484.68 | $83,951.79 |
| 02/04/19 | 1028 | Scott Nunnally 16-1 Lake Street Jamesburg, NJ 08831-1699 | Management Fee for 1/2019 | 3991-000 | | $1,000.00 | $82,951.79 |
| 02/06/19 | | GlobalServe Title Agency Corp. 1981 Marcus Avenue Ste E123 Lake Success, NY 11042 | Funds re sale of real property | | $255,474.69 | | $338,426.48 |
| | | | Gross Receipts            $4,702,500.00 | | | | |
| | | McCormick 103, LLC c/o Levi Lubarsky Feigenbaum & Weiss LLP 655 Third Avenue, 27th Floor New York, New York 10017 | ($4,405,284.78) | 4110-000 | | | |
| | | GlobalServe Title Agency | Transfer tax            ($20,900.00) | 2500-000 | | | |
| | | Town of Oyster Bay- School Tax | Purchaser Credit         ($10,876.07) | 2500-000 | | | |
| | | Town of Oyster Bay- General Tax | Purchaser Credit         ($10,089.15) | 2500-000 | | | |
| | | February Rent | Purchaser Credit          ($2,332.77) | 2500-000 | | | |
| | | Insurance Premium | Seller Credit             $2,457.46 | 2500-000 | | | |

Page Subtotals: $264,730.33   $2,484.68

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Trustee Name: YANN GERON, TRUSTEE

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX1010

Chapter 7

Exhibit 9

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 4 | | 150 Hicksville Road, Bethpage, $4,702,500.00 New York 11714 | 1110-000 | | | |
| 02/25/19 | | Transfer from Acct # xxxxxx1039 | Transfer of Funds - Successful Purchaser's Bid Deposit | 9999-000 | $522,500.00 | | $860,926.48 |
| 03/05/19 | 5 | Cronin & Cronin IOLTA account 200 Old Country Road, Suite 570 Mineola, NY 11501 | Tax refunds re tax certiorari proceedings Tax refund for periods 2014/15 and 2015/16 on tax certiorari proceedings pursued by Cronin & Cronin on behalf of estate | 1224-000 | $49,855.55 | | $910,782.03 |
| 03/05/19 | 1029 | Big W Service, Inc. P.O. Box 700 Holbrook, NY 11741 | Payment of invoice no. 867 dated 2/1/19 | 2990-000 | | $1,086.25 | $909,695.78 |
| 03/05/19 | 1030 | National Grid PO Box 11791 Newark, NJ 07101-4791 | Payment of invoices due through 2/8/18, re account nos. 02782-21033, 40032-15052, and 64958-41039 | 2990-000 | | $1,646.30 | $908,049.48 |
| 03/05/19 | 1031 | Bethpage Water District 25 Adams Avenue Bethpage, NY 11714-1340 | Final payment re account nos. 03-2614-00, 03-2617-00, 03-2618-00, and 03-2619-00 | 2990-000 | | $814.45 | $907,235.03 |
| 03/05/19 | 1032 | Bethpage Water District 25 Adams Avenue Bethpage, NY 11714-1340 | Payment through 2/6/19 re account no. 90-9732-00 | 2990-000 | | $40.55 | $907,194.48 |
| 03/05/19 | 1033 | Scott Nunnally 16-1 Lake Street Jamesburg, NJ 08831-1699 | Final Management Fee through 2/6/19 | 3991-000 | | $214.29 | $906,980.19 |
| 03/05/19 | 1034 | Verizon PO Box 15124 Albany, NY 12212-5124 | Final payment through 2/6/19 re account no. 5167310452-463277, statement date 2/1/19 | 2990-000 | | $23.76 | $906,956.43 |
| 03/05/19 | 1035 | Jamaica Ash & Rubbish Removal Co. Inc. PO Box 833 Westbury, NY 11590 | Payment of January 2019 monthly charge | 2990-000 | | $630.03 | $906,326.40 |
| 03/05/19 | 1036 | PSEGLI PO Box 9083 Melville, NY 11747 Attn: Ms. Geralyn Clinch | Payment of invoices through 2/6/19, re acct. nos. 4785118962, 4785118990, 4785118981, 4785119956, 4785119908, and 4785119451 | 2990-000 | | $2,876.34 | $903,450.06 |

Page Subtotals: $572,355.55    $7,331.97

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267                                              Trustee Name: YANN GERON, TRUSTEE                    Exhibit 9
Case Name: Sun Property Consultants, Inc                      Bank Name: EmpireNationalBank
                                                              Account Number/CD#: XXXXXX1010
                                                              Chapter 7
Taxpayer ID No: XX-XXX7198                                    Blanket Bond (per case limit):
For Period Ending: 09/24/2021                                 Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/19 | | National Grid<br>300 Erie Boulevard West<br>Syracuse, NY 13202-4250 | Overpayment credit re account no. 52494-07024<br>Refund of utility overpayment, per adjustment at sale closing. | 2690-000 | | ($833.76) | $904,283.82 |
| 03/13/19 | | Transfer to Acct # xxxxxx1043 | Transfer of Funds - Tax Filing Fee | 9999-000 | | $175.00 | $904,108.82 |
| 04/09/19 | 1037 | Maltz Auctions, Inc.<br>39 Windsor Place<br>Central Islip, NY 11722 | Fees awarded pursuant to order dated 4/8/19 [DE 398] | 3610-000 | | $209,000.00 | $695,108.82 |
| 04/25/19 | 5 | Cronin & Cronin Law Firm, PLLC<br>IOLA Attorney Trust Account<br>200 Old Country Road, Suite 570<br>Mineola, NY 11501 | Tax Refund re 2016/17 and 2017/18 tax certiorari proceedings | 1224-000 | $74,235.61 | | $769,344.43 |
| 05/03/19 | 1038 | Arthur B. Levine Company<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017<br>Attn: Maria Sponza, VP | Balance re Bond Renewal Premium for period 11/14/18 - 11/14/19 re Bond No. 10BSBHN2951<br>Separate bond as required by Christine Black (UST) per email dated 11/13/18 | 2300-000 | | $1,275.00 | $768,069.43 |
| 05/31/19 | 1039 | Arthur B. Levine Company<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017<br>Attn: Maria Sponza, VP | Additional Bond Premium re Increase for period 10/3/18 - 10/3/19, Bond No. 10BSBHN2951<br>Bond increase required per email dated 5/13/19 from UST | 2300-000 | | $163.00 | $767,906.43 |
| 09/18/19 | 1040 | Arthur B. Levine Company<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017<br>Attn: Maria Sponza, VP | Annual Bond Renewal, payment of premium for period 10/3/19 - 10/3/20, Bond No. 10BSBHN2951 | 2300-000 | | $3,616.00 | $764,290.43 |
| 11/04/19 | | Transfer to Acct # xxxxxx0200 | Transfer of Funds | 9999-000 | | $764,290.43 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,091,750.33 | $1,091,750.33 |
| Less: Bank Transfers/CD's | $522,500.00 | $764,465.43 |
| Subtotal | $569,250.33 | $327,284.90 |

| | | |
|---|---|---|
| Page Subtotals: | $74,235.61 | $977,685.67 |

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $569,250.33 | $327,284.90 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Trustee Name: YANN GERON, TRUSTEE

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX1039

Bid Deposits

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/23/18 | 4 | Park Ave Lofts LLC 326 Broadway St 201 Bethpage, NY 11714-0000 | Bid Deposit Singeltons | | 1110-000 | $350,000.00 | | $350,000.00 |
| 11/27/18 | 4 | REMM Consultants Inc. | Bid deposit Good Faith deposit by prospective bidder, to be held in separate estate account | | 1110-000 | $350,000.00 | | $700,000.00 |
| 11/27/18 | | Valentine Mark Corporation | Bid deposit Good Faith deposit by prospective bidder, to be held in separate account | | | $350,000.00 | | $1,050,000.00 |
| | | | Gross Receipts | $350,000.00 | | | | |
| | 4 | | 150 Hicksville Road, Bethpage, New York 11714 | $200,000.00 | 1110-000 | | | |
| | 7 | | Forfeited Bid Deposit per Stipulation So Ordered on 2/21/19 [DE 383] | $150,000.00 | 1249-000 | | | |
| 11/27/18 | 4 | David Zhang | 50% bid deposit 1/2 of Good Faith deposit by prospective bidder, to be held in separate account | | 1110-000 | $175,000.00 | | $1,225,000.00 |
| 11/27/18 | 4 | David Zhang | 50% bid deposit 1/2 of Good Faith deposit by prospective bidder, to be held in separate account | | 1110-000 | $175,000.00 | | $1,400,000.00 |
| 11/30/18 | 5000 (4) | David Zhang | Return of bid deposit re auction | | 1110-000 | ($350,000.00) | | $1,050,000.00 |
| 11/30/18 | 5001 (4) | Park Ave Lofts LLC 326 Broadway St 201 Bethpage, NY 11714 | Return of bid deposit re auction | | 1110-000 | ($350,000.00) | | $700,000.00 |
| 12/03/18 | 7 | Valentine Mark Corporation 223 Truman Dr. Cresskill, NJ 07626 | Balance of deposit due re sale of real property | | 1249-000 | $185,000.00 | | $885,000.00 |
| 12/20/18 | 7 | Sardar M. Asadullah, PLLC 626 RXR Plaza Fl 6 Uniondale, NY 11556-0626 | Additional Deposit Increase re Sale of Real Property | | 1249-000 | $100,000.00 | | $985,000.00 |

Page Subtotals:    $985,000.00    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-72267

Case Name: Sun Property Consultants, Inc

Taxpayer ID No: XX-XXX7198

For Period Ending: 09/24/2021

Trustee Name: YANN GERON, TRUSTEE

Bank Name: EmpireNationalBank

Account Number/CD#: XXXXXX1039

Bid Deposits

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/10/19 | 4 | REMM Consultants, Inc. 24 Forsythe Dr E Northport, NY 11731-4612 | Increase of deposit by back-up bidder re sale of real property | 1110-000 | $172,500.00 | | $1,157,500.00 |
| 02/25/19 | | Transfer to Acct # xxxxxx1010 | Transfer of Funds - Successful Purchaser's Bid Deposit | 9999-000 | | $522,500.00 | $635,000.00 |
| 02/26/19 | 5002 (4) | 4021 Hempstead Turnpike, LLC c/o Harvey J. Cavayero, Esq. 57 Old Country Road, Suite L Westbury, New York 11590 | Bid deposit return pursuant to stipulation and order dated 2/21/19 [DE 383] | 1110-000 | ($200,000.00) | | $435,000.00 |
| 11/04/19 | | Transfer to Acct # xxxxxx0218 | Transfer of Funds | 9999-000 | | $435,000.00 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $957,500.00 | $957,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $957,500.00 |
| Subtotal | $957,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $957,500.00 | $0.00 |

Page Subtotals:                    ($27,500.00)          $957,500.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 16-72267 | Trustee Name: YANN GERON, TRUSTEE | Exhibit 9 |
|---|---|---|
| Case Name: Sun Property Consultants, Inc | Bank Name: EmpireNationalBank | |
| | Account Number/CD#: XXXXXX1043 | |
| | Tax Account | |
| Taxpayer ID No: XX-XXX7198 | Blanket Bond (per case limit): | |
| For Period Ending: 09/24/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/13/19 | | Transfer from Acct # xxxxxx1010 | Transfer of Funds - Tax Filing Fee | 9999-000 | $175.00 | | $175.00 |
| 03/18/19 | | AC-NYS DTF CT - Tax Payment | New York State Form IT-204 and IT-204-LL for Tax Year 2018 | 2820-000 | | $175.00 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $175.00 | $175.00 |
| Less: Bank Transfers/CD's | $175.00 | $0.00 |
| Subtotal | $0.00 | $175.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $175.00 |

| Page Subtotals: | $175.00 | $175.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0200 - Chapter 7 | $0.00 | $1,199,240.43 | $0.00 |
| XXXXXX0218 - Bid Deposits | $0.00 | $0.00 | $0.00 |
| XXXXXX0226 - Tax Account | $0.00 | $50.00 | $0.00 |
| XXXXXX1010 - Chapter 7 | $569,250.33 | $327,284.90 | $0.00 |
| XXXXXX1039 - Bid Deposits | $957,500.00 | $0.00 | $0.00 |
| XXXXXX1043 - Tax Account | $0.00 | $175.00 | $0.00 |
| | $1,526,750.33 | $1,526,750.33 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $4,447,025.31 |
| Total Net Deposits: | $1,526,750.33 |
| Total Gross Receipts: | $5,973,775.64 |

Page Subtotals:                    $0.00          $0.00